UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

LACEY DEISS,

Plaintiff,

v.                                  Case No.    26-cv-229-wmc

SHEILA ERICKSON, SCOTT ERICKSON, WENDY DEISS, LISA M. HIRSCHMAN, PETER J. RINDAL, MIKE MAJOR, and MARCIE ROSAS,

Defendants.

COMPLAINT AND MOTION FOR EQUITABLE TOLLING (42 U.S.C. § 1983)

### I.    STATEMENT OF FACTS

The Physical Impossibility Doctrine: Jenaya Deiss died with a toxicology concentration of 28,000 ng/mL of Diphenhydramine. Under the Physical Impossibility Doctrine, this extreme concentration precludes self-administration and scientifically contradicts the "intentional suicide" ruling.

Fraudulent Concealment: Defendant Mike Major has maintained a bad-faith "open" investigation for months to block evidence access. Medical Examiner Marcie Rosas intentionally listed a non-parent as "Informant" to erase Plaintiff's parental rights and block medical records.

Conflict of Interest: The District Attorney has an active conflict of interest, preventing local resolution.

### II.    MOTION FOR EQUITABLE TOLLING

Plaintiff moves for an extension (tolling) because the Defendants' coordinated concealment of the physical evidence and the DA's conflict of interest constitute Extraordinary Circumstances that prevented filing.

### III.    PRAYER FOR RELIEF

Grant Equitable Tolling and assume federal jurisdiction over this investigation.

Order the immediate release of all investigative files.

Declaration: I declare under penalty of perjury that the above is true.

Date: March 5, 2026

Applicant's signature: _____

Printed name: Lacey Deiss